In the Matter of JUSTYCE M. and Another, Children Alleged to be Neglected. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; SHAVON E., Appellant.

Submitted November 22, 2010; decided January 6, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.